UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KYUNG SOOK HA,

                Plaintiff,

-against-

MICHAEL MUKASEY, Attorney General of the United States; and U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

                Defendants.
------------------------------------------------------------X

JUDGMENT
08-CV- 3520 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 0 3 2008 ★
BROOKLYN OFFICE

     An Order of Honorable John Gleeson, United States District Judge, having been filed on December 1, 2008, dismissing the action with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure; and ordering that each party is to bear its own costs, fees, including attorney's fees, and disbursements; it is

     ORDERED and ADJUDGED that the action is dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure; and that each party is to bear its own costs, fees, including attorney's fees, and disbursements.

Dated: Brooklyn, New York
         December 02, 2008

                                          s/Robert C. Heinemann

                                          ROBERT C. HEINEMANN
                                          Clerk of Court